RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Steve Hill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE HILL,<br><br>        Defendant. | Case No. 2:20-cr-00031-APG-DJA<br><br>**Stipulation to Continue Reply Deadline to Government's Response (ECF 35) to Motion to Suppress (ECF 31)**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Steve Hill, that the Reply deadline to the Government's Response (ECF 35) to Defendant's Motion to Suppress (ECF 31) currently scheduled for Friday, October 23, 2020, be vacated and set to Friday, October 30, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the response with Mr. Hill and draft a reply.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the reply deadline dates filed herein.

DATED this 23rd day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Kevin D. Schiff*<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00031-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE HILL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that defense counsel's reply to the Government's Response (ECF 35) to Defendant's Motion to Suppress (ECF 31) currently due on Friday, October 23, 2020, be vacated and continued to Friday, October 30, 2020.

DATED this 27th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3