RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Steve Hill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE HILL,<br><br>        Defendant. | Case No. 2:20-cr-00031-APG-DJA<br><br>ORDER **TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Steve Hill, that the Evidentiary Hearing currently scheduled on December 9, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    Counsel for the defendant is in the process of filing a motion to compel production of confidential informant files in this case. Defense counsel believes the motion to compel confidential informant information would need to be decided before any evidentiary

hearing on the pending motion to suppress (ECF 34)[1] because the government alleges the confidential informant(s) provided reasonable suspicion for the traffic stop and additional investigation (ECF 35).

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Evidentiary Hearing.

DATED this 30th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Robert O'Brien<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By /s/ Kevin D. Schiff<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

---

[1] ECF 34 is the corrected version of Defendant's motion to suppress (ECF 31).

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVE HILL,<br><br>          Defendant. | Case No. 2:20-cr-00031-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled for Wednesday, December 9, 2020, be vacated and continued to January 27, 2021, at the hour of 9:00 a.m.; or to a time and date convenient to the court.

DATED this 1st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS