\RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Margaret_Lambrose@fd.org

Attorney for Steve Hill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00031-APG-DJA |
| Plaintiff, | ORDER **TO CONTINUE EVIDENTIARY HEARING** |
| v. | (Third Request) |
| STEVE HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Steve Hill, that the Evidentiary Hearing currently scheduled on April 19, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties have negotiated a plea agreement in this matter and Mr. Hill's change of plea hearing is currently set for April 27, 2021. As such, the parties request this Court continue the evidentiary hearing on the motion to suppress for 45 days so that Mr. Hill may

plead guilty prior to withdrawing his motion. After Mr. Hill pleads guilty, the defense will file a notice to withdraw the motion to suppress.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the third request for a continuance of the evidentiary hearing.

DATED this 1st day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Margaret W. Lambrose*<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By */s/ Kevin D. Schiff*<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVE HILL,<br><br>        Defendant. | Case No. 2:20-cr-00031-APG-DJA<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled for Monday, April 19, 2021, be vacated and continued to June 3, 2021, at 9:00 a.m., Courtroom 3A.

                                                   DANIEL J. ALBREGTS, U.S. Magistrate Judge